**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEON MARTIN, derivatively on behalf of ABBOTT LABORATORIES,<br><br>   Plaintiff,<br><br> v.<br><br>ROBERT B. FORD, et al.,<br><br>   Defendants,<br><br> and<br><br>ABBOTT LABORATORIES,<br><br>   Nominal Defendant. | Case No. 1:22-cv-05513<br>District Judge Manish S. Shah<br>Magistrate Judge Sheila M. Finnegan |
| ILENE LIPPMAN, derivatively on behalf of ABBOTT LABORATORIES,<br><br>   Plaintiff,<br><br> v.<br><br>ROBERT B. FORD, et al.,<br><br>   Defendants,<br><br> and<br><br>ABBOTT LABORATORIES,<br><br>   Nominal Defendant. | Case No. 1:23-cv-00266<br>District Judge Manish S. Shah<br>Magistrate Judge Beth W. Jantz |
| | Case No. 1:23-cv-00296<br>District Judge Manish S. Shah<br>Magistrate Judge Sunil R. Harjani |

| | |
|---|---|
| LARRY HUETTEMAN, derivatively on behalf of ABBOTT LABORATORIES, <br><br>   Plaintiff, <br><br> v. <br><br>ROBERT B. FORD, et al., <br><br>   Defendants, <br><br> and <br><br>ABBOTT LABORATORIES, <br><br>   Nominal Defendant. | |
| MATTHEW STEELE, derivatively on behalf of ABBOTT LABORATORIES, <br><br>   Plaintiff, <br><br> v. <br><br>ROBERT B. FORD, et al., <br><br>   Defendants, <br><br> and <br><br>ABBOTT LABORATORIES, <br><br>   Nominal Defendant. | Case No. 1:23-cv-00850 <br> District Judge Manish S. Shah <br> Magistrate Judge Jeffrey Cole |
| DAVID HAMILTON, derivatively on behalf of ABBOTT LABORATORIES, <br><br>   Plaintiff, <br><br> v. <br><br>ROBERT B. FORD, et al., <br><br>   Defendants, | Case No. 1:23-cv-02648 <br> District Judge Manish S. Shah |

-2-

and

ABBOTT LABORATORIES,

    Nominal Defendant.

## NOTICE OF MOTION

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on June 8, 2023 at 9:45 a.m. or as soon thereafter as counsel may be heard, Proposed Intervenor, Thomas DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System, and as Trustee of the New York State Common Retirement Fund ("NYSCRF") by his undersigned counsel, shall appear before the Honorable Judge Manish S. Shah or any Judge sitting in his stead, in the Courtroom normally occupied by him in Room 1919 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the Motion to Intervene, filed June 5, 2023.

Dated: June 5, 2023

Respectfully submitted,

*/s/ Sean A. Petterson*

Joel Flaxman
ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com

Nicholas Diamand (*pro hac vice* forthcoming)
Sharon M. Lee (*pro hac vice* forthcoming)
Sean A. Petterson (Trial Bar # 5412663)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500

Facsimile: (212) 355-9592
ndiamand@lchb.com
slee@lchb.com
spetterson@lchb.com

Katherine Lubin Benson (*pro hac vice* forthcoming)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
kbenson@lchb.com

*Counsel for Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System, and as Trustee of the New York State Common Retirement Fund*

2803577.1