# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Martin v. Ford, et al.

Case Number: 1:22-cv-05513

An appearance is hereby filed by the undersigned as attorney for:

Thomas P. DiNapoli, Comptroller of the State of New York, as Administrative Head of the New York State and Local Retirement System, and as Trustee of the New York State Common Retirement Fund.

Attorney name (type or print): Sean A. Petterson

Firm: Lieff Cabraser Heimann & Bernstein, LLP

Street address: 250 Hudson Street, 8th Floor

City/State/Zip: New York, NY 10013

Bar ID Number: 5412663
(See item 3 in instructions)

Telephone Number: 212-355-9500

Email Address: spetterson@lchb.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 5, 2023

Attorney signature: S/ Sean A. Petterson

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015