UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ABBOTT LABORATORIES INFANT FORMULA SHAREHOLDER DERIVATIVE LITIGATION | Case No. 22 CV 05513 |
| This Document Relates To: | Honorable Sunil R. Harjani |
| *Pembroke Pines Firefighters and Police Officers Pension Fund v. Abbott Laboratories, et al.*, No. 1:22-cv-04661 (N.D. Ill.) | |

## SECURITIES FRAUD PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO UNSEAL CERTAIN DOCUMENTS FILED UNDER SEAL

Third parties Quoniam Asset Management GmbH and KBC Asset Management NV (the "Securities Fraud Plaintiffs"), by their attorneys, respectfully withdraw their pending Motion to Unseal Certain Documents Filed Under Seal (ECF No. 179) (the "Motion to Unseal"). The Securities Fraud Plaintiffs respectfully request that the Court vacate the so-ordered briefing schedule (ECF No. 204).

Dated: December 13, 2024

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | Respectfully submitted,<br>**MOTLEY RICE LLC** |
| */s/ Abe Alexander* | */s/ Gregg S. Levin* |
| Salvatore J. Graziano (*pro hac vice*) | Gregg S. Levin |
| Abe Alexander (*pro hac vice*) | Lance V. Oliver |
| Timothy Fleming (*pro hac vice*) | Christopher F. Moriarty |
| Emily A. Tu (*pro hac vice*) | Erin C. Williams |
| 1251 Avenue of the Americas | 28 Bridgeside Blvd. |
| New York, New York 10020 | Mt. Pleasant, SC 29464 |
| Telephone: (212) 554-1400 | Telephone: (843) 216-9000 |
| Facsimile: (212) 554-1444 | Facsimile: (843) 216-9450 |
| salvatore@blbglaw.com | glevin@motleyrice.com |
| abe.alexander@blbglaw.com | loliver@motleyrice.com |
| timothy.fleming@blbglaw.com | cmoriarty@motleyrice.com |
| | ecwilliams@motleyrice.com |

emily.tu@blbglaw.com

-and-

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
avi@blbglaw.com

*Counsel for Co-Lead Plaintiff Quoniam Asset Management GmbH and Co-Lead Counsel for the Class*

**MOTLEY RICE LLC**
Serena P. Hallowell
777 Third Ave., 27th Floor
New York, NY 10017
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
shallowell@motleyrice.com

*Counsel for Co-Lead Plaintiff KBC Asset Management NV and Co-Lead Counsel for the Class*