**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABORATORIES INFANT FORMULA SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:22-cv-05513<br><br>Hon. Sunil R. Harjani<br>Hon. Laura K. McNally |

**JOINT STATUS REPORT**

Pursuant to the Court's instruction, Plaintiffs International Brotherhood of Teamsters Local 710 Pension Fund ("Teamsters Pension Fund") and Southeastern Pennsylvania Transportation Authority ("SEPTA" and collectively with Teamsters Pension Fund, "Plaintiffs"), Defendants,[1] and Nominal Defendant Abbott Laboratories ("Abbott") (collectively with Plaintiffs and Defendants, the "Parties") respectfully submit the following joint status report.

**I.    STATUS OF DISCOVERY**

The Parties were able to agree to a mutually acceptable confidentiality order, which the Court approved on December 26, 2024.

On November 18, 2024, Abbott served objections and responses to Plaintiffs' first set of requests for production directed to Abbott. On December 20, 2024, Abbott served objections and responses to Plaintiffs' first set of interrogatories directed to Abbott. Also on December 20, 2024, Defendants served objections and responses to Plaintiffs' first sets of interrogatories and requests for productions directed to Defendants.

Since then, the Parties have been engaged in good faith negotiations regarding the scope of Abbott's and Defendants' responses and objections. The Parties anticipate negotiating specific proposals on search parameters for electronically stored information over the coming weeks.

**II.    OTHER MATTERS**

The Parties' discovery negotiations to date have been amicable and productive. The Parties do not believe that there are any issues that currently warrant the Court's intervention or attention.

The Parties will provide any further status updates as requested by the Court.

---

[1] "Defendants" are Robert B. Ford ("Ford"), Robert J. Alpern ("Alpern"), Roxanne S. Austin ("Austin"), Claire Babineaux-Fontenot ("Babineaux-Fontenot"), Sally E. Blount ("Blount"), Paola Gonzalez ("Gonzalez"), Michelle A. Kumbier ("Kumbier"), Edward M. Liddy ("Liddy"), Darren W. McDew ("McDew"), Nancy McKinstry ("McKinstry"), Phebe N. Novakovic ("Novakovic"), William A. Osborn ("Osborn"), Michael F. Roman ("Roman"), Daniel J. Starks ("Starks"), John G. Stratton ("Stratton"), Glenn F. Tilton ("Tilton"), Miles D. White ("White"), Christopher J. Calamari ("Calamari"), and Robert E. Funck ("Funck").

                                                           Respectfully submitted,

Dated: January 28, 2025                                */s/ Carol V. Gilden*
                                                           Carol V. Gilden
                                                           COHEN MILSTEIN
                                                           SELLERS & TOLL PLLC
IL Bar No.: 6185530
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312)357-0370
cgilden@cohenmilstein.com

Steven J. Toll
Molly J. Bowen
COHEN MILSTEIN
SELLERS & TOLL PLLC
1100 New York Avenue, N.W
East Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
stoll@cohenmilstein.com
mbowen@cohenmilstein.com

Richard Speirs
Amy Miller
COHEN MILSTEIN
SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

Justin O. Reliford
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
222 Delaware Avenue, Suite 1050
Wilmington, DE 19801
Telephone: (302) 578-7345
jreliford@scott-scott.com

Maxwell R. Huffman
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300

San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
mhuffman@scott-scott.com

Geoffrey M. Johnson
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
gjohnson@scott-scott.com

Jing-Li Yu
Melissa May
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
New York, New York 10169
jyu@scott-scott.com
mmay@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

KEHOE LAW FIRM, P.C.
John A. Kehoe
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Tel: 215-792-6676
jkehoe@kehoelawfirm.com

*Additional Counsel for Plaintiff SEPTA*

Dated: January 28, 2025

*/s/ Joshua Z. Rabinovitz*
Mark Filip
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
Mark.Filip@kirkland.com

Joshua.Rabinovitz@kirkland.com

James P. Gillespie
Erin E. Cady
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
James.Gillespie@kirkland.com
Erin.Cady@kirkland.com

*Counsel for Defendants*


/s/ Eric R. Swibel
Sean Berkowitz
Eric R. Swibel
LATHAM & WATKINS LLP
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
(312) 777-7185
Sean.Berkowitz@lw.com
Eric.Swibel@lw.com

*Counsel for Nominal Defendant*