# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE ABBOTT LABORATORIES INFANT FORMULA SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:22-cv-5513 <br> Hon. Sunil R. Harjani <br> Hon. Laura K. McNally |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, James P. Gillespie respectfully requests that the Court grant his leave to withdraw as counsel for Defendants. Defendants will continue to be represented by the other lawyers of record at Kirkland & Ellis LLP.

Dated: February 5, 2026

Respectfully submitted,

*/s/ James P. Gillespie*
James P. Gillespie (pro hac vice)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 389-5000
James.Gillespie@kirkland.com

*Counsel for Individual Defendants*