**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABORATORIES INFANT FORMULA SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) Case No. 1:22-cv-5513<br>Hon. Sunil R. Harjani<br>Hon. Laura K. McNally |

**JOINT STATUS REPORT**

Pursuant to the Court's February 9, 2026, minute order (Dkt. 262), Plaintiffs International Brotherhood of Teamsters Local No. 710 Pension Fund and Southeastern Pennsylvania Transportation Authority (together, "Plaintiffs"), Defendants Robert B. Ford, Robert J. Alpern, Roxanne S. Austin, Claire Babineaux-Fontenot, Sally E. Blount, Paola Gonzalez, Michelle A. Kumbier, Edward M. Liddy, Darren W. McDew, Nancy McKinstry, Phebe N. Novakovic, William A. Osborn, Michael F. Roman, Daniel J. Starks, John G. Stratton, Glenn F. Tilton, Miles D. White, Christopher J. Calamari, and Robert E. Funck (collectively, "Defendants"), and Nominal Defendant, Abbott Laboratories (collectively with Plaintiffs and Defendants, the "Parties"), hereby submit the following joint status report.

The Parties report that they have reached a settlement in principle and are working to memorialize the settlement in a definitive written agreement. The Parties respectfully request that the Court adjourn the status conference scheduled for February 17, 2026, and continue the stay for at least thirty days, by which time the parties expect to submit the executed settlement agreement to the Court for preliminary approval.

1

Dated: February 15, 2026

Respectfully submitted,

/s/ Mark Filip
Mark Filip
Brenton A. Rogers
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
Mark.Filip@kirkland.com
BRogers@kirkland.com

*Counsel for Defendants*

/s/ Sean Berkowitz
Sean Berkowitz
Eric R. Swibel
LATHAM & WATKINS LLP
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
(312) 777-7185
Sean.Berkowitz@lw.com
Eric.Swibel@lw.com

*Counsel for Nominal Defendant*

/s/ Carol V. Gilden
Carol V. Gilden
COHEN MILSTEIN
SELLERS & TOLL PLLC
IL Bar No.: 6185530
200 S. Wacker Drive, Suite 2375
Chicago, Illinois 60606
Telephone: (312) 357-0370
cgilden@cohenmilstein.com


Steven J. Toll
Molly J. Bowen
COHEN MILSTEIN
SELLERS & TOLL PLLC
1100 New York Avenue, N.W
East Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
stoll@cohenmilstein.com

2

mbowen@cohenmilstein.com

Richard Speirs
Amy Miller
COHEN MILSTEIN
SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
rspeirs@cohenmilstein.com
miller@cohenmilstein.com

/s/ *Justin O. Reliford*
Justin O. Reliford
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
222 Delaware Avenue, Suite 1050
Wilmington, DE 19801
Telephone: (302) 578-7345
jreliford@scott-scott.com

Maxwell R. Huffman
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
mhuffman@scott-scott.com

Geoffrey M. Johnson
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
gjohnson@scott-scott.com
Jing-Li Yu
Melissa May
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

3

jyu@scott-scott.com
mmay@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

John A. Kehoe
KEHOE LAW FIRM, P.C.
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Tel: 215-792-6676
jkehoe@kehoelawfirm.com

*Additional Counsel for Plaintiff SEPTA*

4