UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation | No. 22 C 5513 |
| | Hon. Sunil R. Harjani |

## **ORDER**

The Court congratulates the parties on reaching a settlement in principle, as reflected in the joint status report [263]. As requested, the stay in this case shall continue for another 30 days. Status hearing set for 2/17/26 is stricken and reset to 4/1/26 at 9:30 a.m. in courtroom 1925. Motion for preliminary approval shall be due by 3/17/26.

Date: 2/16/2026

HON. SUNIL R. HARJANI