**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| | ) |
| IN RE ABBOTT LABORATORIES INFANT FORMULA SHAREHOLDER DERIVATIVE LITIGATION | ) Case No. 1:22-CV-05513<br>) Hon. Sunil R. Harjani<br>) Hon. Laura K. McNally |

## LEAD PLAINTIFFS' MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

Carol V. Gilden
COHEN MILSTEIN SELLERS
& TOLL, PLLC
200 S. Wacker Drive, Suite 2375
Chicago, IL 60606
IL Bar No. 6185530
Telephone: 312-357-0370
cgilden@cohenmilstein.com

Richard A. Speirs
Amy Miller
COHEN MILSTEIN SELLERS
& TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: 212-828-7797
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

Steven J. Toll
Molly Bowen
COHEN MILSTEIN SELLERS
& TOLL, PLLC
1100 New York Ave., NW, 5th Floor
Washington, DC 20005
Telephone: 202-208-2600
stoll@cohenmilstein.com
mbowen@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs*

Justin O. Reliford
Elizabeth K. Dragovich
Karen Kam
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
222 Delaware Ave., Suite 1405
Wilmington, DE 19801
Telephone: 302-578-7345
jreliford@scott-scott.com
edragovich@scott-scott.com
kkam@scott-scott.com

Maxwell R. Huffman
SCOTT+SCOTT ATTORNEYS
AT LAW LLP
600 W. Broadway Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
mhuffman@scott-scott.com

Geoffrey M. Johnson
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216-229-6088
gjohnson@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

*[Additional counsel on signature page.]*

Lead Plaintiffs International Brotherhood of Teamsters Local No. 710 Pension Fund and Southeastern Pennsylvania Transportation Authority ("Lead Plaintiffs") and Defendants[1] have entered into a settlement to resolve the above-captioned consolidated derivative action brought on behalf of Abbott Laboratories (the "Consolidated Derivative Action"). Accordingly, Lead Plaintiffs respectfully move this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) granting approval of the form and manner of giving notice of the proposed Settlement to Abbott's shareholders; and (iii) setting a date for the Settlement Hearing on the proposed Settlement and dismissal of the Consolidated Derivative Action with prejudice upon the terms and conditions set forth in the Stipulation; and (iv) granting related relief as set forth in the accompanying [Proposed] Order Preliminarily Approving Proposed Settlement, Directing The Issuance of Notice, and Setting a Final Settlement Hearing, *see* Declaration of Carol V. Gilden in Support of Motion for Preliminary Approval of Settlement, Exhibit 1. C. Lead Plaintiffs' Motion is unopposed by Defendants.

This motion is supported by the accompanying memorandum of law and the Stipulation and Agreement of Settlement, along with exhibits, dated March 17, 2026, attached as Exhibit 1 to the Declaration of Carol V. Gilden in Support of Motion for Preliminary Approval of Settlement, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

**DATED:** March 17, 2026

Respectfully submitted,

*/s/ Carol V. Gilden*
Carol V. Gilden

*/s/ Justin O. Reliford*
Justin O. Reliford
Elizabeth K. Dragovich

---

[1] Defendants mean: (1) individual Defendants Robert B. Ford, Robert J. Alpern, Roxanne S. Austin, Claire Babineaux-Fontenot, Sally E. Blount, Paola Gonzalez, Michelle A. Kumbier, Edward M. Liddy, Darren W. McDew, Nancy McKinstry, Phebe N. Novakovic, William A. Osborn, Michael F. Roman, Daniel J. Starks, John G. Stratton, Glenn F. Tilton, Miles D. White, Christopher J. Calamari, and Robert E. Funck; and (2) Abbott Laboratories, as Nominal Defendant in the Consolidated Derivative Action.

COHEN MILSTEIN SELLERS
& TOLL, PLLC
200 S. Wacker Drive, Suite 2375
Chicago, IL 60606
IL Bar No. 6185530
Telephone: 312-357-0370
cgilden@cohenmilstein.com

Richard A. Speirs
Amy Miller
COHEN MILSTEIN SELLERS
& TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: 212-828-7797
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

Steven J. Toll
Molly Bowen
COHEN MILSTEIN SELLERS
& TOLL, PLLC
1100 New York Ave., NW, 5th Floor
Washington, DC 20005
Telephone: 202-208-2600
stoll@cohenmilstein.com
mbowen@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs*

Karen Kam
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
222 Delaware Ave., Suite 1405
Wilmington, DE 19801
Telephone: 302-578-7345
jreliford@scott-scott.com
edragovich@scott-scott.com
kkam@scott-scott.com

Maxwell R. Huffman
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
mhuffman@scott-scott.com

Geoffrey M. Johnson
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216-229-6088
gjohnson@scott-scott.com

Jing-Li Yu
Melissa May
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
jyu@scott-scott.com
mmay@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

John A. Kehoe
KEHOE LAW FIRM, P.C.
2001 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215-792-6676
jkehoe@kehoelawfirm.com

*Additional Counsel for Plaintiff SEPTA*

2