Leon Martin, et al.

                    Plaintiff,

v.                                                      Case No.: 1:22–cv–05513
                                                        Honorable Sunil R. Harjani

Robert B. Ford, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2026:

        MINUTE entry before the Honorable Sunil R. Harjani: In–person fairness hearing held. For the reasons stated on the record, and without any objections, the Court finds the proposed settlement is fair, reasonable, and adequate. As a result, Lead Plaintiffs' Motion for Final Approval of Proposed Settlement [278] is granted and the motion for attorneys' fees and expenses [279] is granted in part as to the expenses and incentive awards. The Court defers a decision on the motion for attorneys' fees. As discussed on the record, Plaintiffs' supplemental brief is due by 6/26/2026, and Defendants' response brief is due by 7/10/2026. In–person hearing is set for 7/29/2026 at 9:30 a.m. in Courtroom 1925. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.