**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ABBOTT LABORATORIES INFANT FORMULA SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) | Case No. 1:22-cv-5513 Hon. Sunil R. Harjani Hon. Laura K. McNally |

**DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**

Pursuant to the Court's June 4, 2026, minute order (Dkt. 286), Defendants Robert B. Ford, Robert J. Alpern, Roxanne S. Austin, Claire Babineaux-Fontenot, Sally E. Blount, Paola Gonzalez, Michelle A. Kumbier, Edward M. Liddy, Darren W. McDew, Nancy McKinstry, Phebe N. Novakovic, William A. Osborn, Michael F. Roman, Daniel J. Starks, John G. Stratton, Glenn F. Tilton, Miles D. White, Christopher J. Calamari, and Robert E. Funck (collectively, "Individual Defendants"), and Nominal Defendant, Abbott Laboratories (collectively with Individual Defendants, "Defendants"), hereby submit the following response to Lead Plaintiffs' Supplemental Memorandum of Law in Support of Motion for Attorney's Fees (Dkt. 289).

Defendants stand by their prior statements and otherwise take no position.

Dated: July 10, 2026

Respectfully submitted,

/s/ Mark Filip
Mark Filip
Brenton A. Rogers
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
Mark.Filip@kirkland.com
brogers@kirkland.com

*Counsel for Defendants*

/s/Sean Berkowitz
Sean Berkowitz
Nicholas Siciliano
Eric R. Swibel
LATHAM & WATKINS LLP
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
(312) 777-7185
Sean.Berkowitz@lw.com
Nicholas.Siciliano@lw.com
Eric.Swibel@lw.com

*Counsel for Nominal Defendant*